United States District Court
Southern District of Texas
**ENTERED**
March 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEIGHANN TILLMAN, § § Plaintiff, § VS. § RADIUS GLOBAL SOLUTIONS LLC, § § Defendant. § | CIVIL ACTION NO. 4:21-CV-00043 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached (Dkt. No. 18). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this Order.

It is so ORDERED.

SIGNED on this 11th day of March, 2021.

_____
Kenneth M. Hoyt
United States District Judge